# UNITED STATES DISTRICT COURT

MIDDLE  District of  ALABAMA

UNITED STATES OF AMERICA

V.

JEFFREY SCOTT MOSLEY
1855 Brookstone Drive
Montgomery, AL 36117

**WARRANT FOR ARREST**

Case Number:  2:05cr297-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JEFFREY SCOTT MOSLEY
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Utters counterfeit obligations (1 count)
Passes counterfeit obligations or securities (1 count)

in violation of Title    18    United States Code, Section(s)    471; 472

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

_Joyce Taylor_
Signature of Issuing Officer

December 15, 2005 - Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |