COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                           DATE:   3/8/06
❏ BOND HEARING
❏ DETENTION HEARING                            DIGITAL Recording : 2:04 - 2:19
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda Robinson
CASE NO.   2:05cr297-WHA            DEFENDANT NAME: Jeffrey Scott Mosley
AUSA: Verne Speirs                  DEFT. ATTY: John Poti
                                    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO:   Ron Thweatt                 USPO: _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present  (√ ) NO; ( ) YES        Name:

| | |
|---|---|
| √ | Date of Arrest 3/8/06 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator |
| ❏ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| √ | Panel Attorney Appointed; √ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏ Set for |
| √ | DISCOVERY DISCLOSURE DATE: 3/9/06 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial.   CRIMINAL TERM: 6/26/06 |

Pretrial: 4/3/06