IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR297-WHA |
| | ) | |
| EDWARD DONALD FULMER | ) | |

**ORDER**

For good cause, it is

ORDERED that the government's Motion for Leave to Amend Indictment, filed on 13 March 2006 (Doc. # 58), is GRANTED. The defendant disclosed at an earlier proceeding that his surname had been misspelled.

DONE this 16th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE