**COURTROOM DEPUTY'S MINUTES**          **DATE:** 4/3/06

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 9:51 - 9:56**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

| | |
|---|---|
| | Edward Donald Fulmer |
| **CASE NUMBER: 2:05cr297-WHA** | **DEFENDANT(S):** Susan Denise Fulmer |
| | William Barry Gorman |
| | Joyce Renee King |
| | Jeffrey Scott Moseley |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * Jeffery Duffey (S. & E. Fulmer) | |
| | Robin Konrad (Gorman) | |
| | James R. Cooper, Jr. (King) -NOT RESENT | |
| | * John M. Poti (Moseley) | |
| | * | |

❐ **DISCOVERY STATUS:**                    **Complete**

❐ **PENDING MOTION STATUS:**          **NONE**
**Defendant Moseley's deadline for filing motions is 4/5/06; Defendant may file a Motion to Sever for Trial**

❐ **PLEA STATUS:   Likely Pleas for Defendants Edward Fulmer, Susan Fulmer, William Bary Gorman and Jeffrey Scott Moseley**

❐ **TRIAL STATUS**
                    **One Day and ½  for Trial**

❐ **REMARKS:**
**Defendant Moseley's proffer likely this week;**
**US Attorney stated that there has not been any contact regarding Defendant Joyce Renee King -possible trial; Parties agree that there is no need to continue case**

Case 2:05-cr-00297-WHA-VPM    Document 63    Filed 04/03/2006    Page 2 of 2