IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:05CR297-WHA |
| ) | |
| JEFFREY SCOTT MOSELEY ) | |

## ORDER

For good cause, it is

ORDERED that, on or before 11 May 2006, the government shall file its response to the defendant's Motion to Sever, filed on 5 April 2006 (Doc. # 64). The government is DIRECTED to identify in its response the defendants with whom it is engaged in plea negotiations.

DONE this 5th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE