**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 2:05-cr-00297-WHA |
| ) | |
| **JEFFREY SCOTT MOSELEY** ) | |

**NOTICE THAT GOVERNMENT RESPONSE NOT REQUIRED**

COMES NOW the defendant, by and through counsel and gives his notice to the Court that a government response to his Motion to Sever Defendant for separate trial is not presently required. In support, counsel would state:

1. On April 5, 2006, Defendant Moseley filed with the Court a Motion to Sever Defendant for Separate Trial (Document #64).

2. On May 5, 2006, the Court issued an Order directing the Government to respond to the above mentioned Motion by May 11, 2006 (Document #75).

3. Contemporaneous with the filing of this Notice, Defendant Moseley filed a Notice of Intent to Change Plea. The parties have come to a mutual understanding concerning a plea agreement in this matter, and counsel hereby represents to the Court that, barring any unforeseen circumstances or events, he fully intends to withdraw said Motion at the conclusion of the change of plea hearing.

4. As such, a government response to the aforementioned Motion is not presently required, and would only be necessary in the event the Court rejects the defendants plea.

Respectfully submitted this <u>10th</u> day of <u>May</u>, 2006.

    <u>s/John M. Poti</u>
**JOHN M. POTI (POT013)**
Attorney for Jeffrey Scott Moseley
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Susan Redmond, Jeffrey Duffy, James R. Cooper, Robin Konrad</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:   <u>   none   </u>.

    <u>  s/John M. Poti                           </u>
**JOHN M. POTI  (POT013)**
Attorney for Jeffrey Scott Moseley
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   1-866-780-9012
Email: john@jmpoti.com