IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-297-WHA |
| | ) | |
| JEFFREY SCOTT MOSELEY | ) | |
| | ) | |

**RESPONSE TO DEFENDANT'S MOTION TO SEVER**

COMES NOW the United States of America, by and through its attorney, Leura G. Canary, United States Attorney, and, in compliance with this Court's order, responds to Defendant's Motion to Sever, as follows:

1. The Defendant is charged in a two-count indictment with co-defendants: Edward Fulmer, Susan Fulmer, William Gorman and Joyce King, with violations of Title 18, United States Code, Sections 471 and 472, to-wit: aiding and abetting each other in counterfeiting United States obligations and possession of counterfeit United States obligations.

2. On or about April 5, 2006, the Defendant filed a Motion to Sever basing that motion, in part, on a correct reading of Rule 14 of the Federal Rules of Criminal Procedure which provides that the Court may order separate trials if it appears that a defendant or defendants will be prejudiced by joinder of offenses or defendants. The Defendant claims that the introduction of post-arrest statements by the co-defendants, who the Defendant presumes will not be testifying on their own behalf, violates his Sixth Amendment right to confront witnesses against him.

3. On May 11, 2006, Edward Fulmer and Susan Fulmer entered pleas of guilty to Count

        1 of the Indictment pursuant to plea agreements between the parties. Also, on the same date, Defendant Moseley filed a Notice of Intent to Change Plea and said plea is due to be taken May 15, 2006 at 10:00 a.m.

4. The Government is still in negotiations with Joyce King and believes that a pre-trial disposition of that case is imminent.

5. Should the Defendant choose not to enter a plea of guilty and proceed to trial, the government believes that the only co-defendant left will be William Gorman.

6. The government intends to use as evidence, the in-court testimony of Edward Fulmer, Susan Fulmer and Joyce King. Further, the government will offer into evidence the statement given to authorities by the Defendant. Finally, the statement given by William Gorman to the authorities is in no way inculpatory as to the Defendant and, in fact, does not mention the Defendant nor does it inculpate Gorman in any criminal activity.

For the above reasons, Defendant's motion should be denied.

Respectfully submitted this 11th day of May, 2006.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Susan R. Redmond
                              SUSAN R. REDMOND
                              Assistant United States Attorney
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              334.223.7280
                              334.223.7135 fax
                              susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:05-CR-297-WHA |
| | ) | |
| JEFFREY SCOTT MOSELEY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to John Poti.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    susan.redmond@usdoj.gov