IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR297-WHA |
| | ) | [WO] |
| JEFFREY SCOTT MOSELEY | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Motion to Sever Defendant for Separate Trial, filed on 5 April 2006 (Doc. # 64), is DENIED as moot.

It is unnecessary for the court to process the motion for two reasons. First, the other two defendants in this case, Edward Donald Fulmer and Susan Denies Fulmer, entered guilty pleas on 11 May 2006. Second, Moseley has filed his Notice of Intent to Change Plea, and the court has scheduled his guilty plea proceeding for 15 May 2006.

DONE this 12th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE