COURTROOM DEPUTY MINUTES    DATED:    5/15/06    DIGITAL RECORDING: 10:01 - 10:18

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER:    Risa Entrekin

❑ARRAIGNMENT    xCHANGE OF PLEA    ❑CONSENT PLEA

❑RULE 44(c) HEARING    ❑SENTENCING

---

PRESIDING MAG. JUDGE: *Vanzetta Penn McPherson*    DEPUTY CLERK:  *WANDA ROBINSON*

CASE NUMBER: *2:05cr297-WHA*    DEFENDANT NAME:  *Jeffrey Scott Moseley*

AUSA:  *Susan Redmond*    DEFENDANT ATTY:   *John M. Poti*

Type Counsel:    ( ) Waived;  ( ) Retained;   ( x ) Panel CJA;  ( ) CDO

USPO:   Dwayne Spurlock

De fendant _____ does _____x_____ does NOT need and interpreter.

Interpreter present?   x      NO _____YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❑ Not Guilty                    ❑Nol Contendere

❑Not Guilty by reason of insanity

xGuilty as to:

XCount(s)_____1_____ of the Felony Indictment.

XCount(s) _____2_____ ❑ dismissed on oral motion of USA;

x to be dismissed at sentencing

**x — ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X— Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea

Agreement entered

— _____ Days to file pretrial motions. ❑ _____ Trial date or term.

x— **ORDER:** Defendant Continued under  X same bond ; ❑ Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____; X Sentencing on _____ ❑_____Bond  X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.