# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 11, 2006 | AT: | 9:00 a.m. |
| DATE COMPLETED: | October 11, 2006 | AT: | 10:35 a.m. |

UNITED STATES OF AMERICA           )
                                   )
vs.                                )   CR. No. 2:05cr297-WHA
                                   )
JEFFREY SCOTT MOSELEY              )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | John M. Poti |

## COURT OFFICIALS PRESENT

Heather Barnett, Court Reporter            Doug Mathis, USPO
Elna Behrman, Courtroom Deputy             Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Hearing commences.
Parties state they have reviewed the presentence report.
Court states one objection by the Government as to the amount of loss and one objection by the
      Defendant as to the adjustment for the role in the offense.
Government presents testimony as to the objection regarding the amount of loss.
Government argues in support of the higher amount of loss and in support of the adjustment
      for the Defendant's role in the offense.
Defendant argues in opposition to the amount of loss and in opposition to the adjustment for
      Defendant's role in the offense.
After explanation, court finds that Defendant is chargeable with all of the counterfeit money
      made and distributed. Government's objection is sustained.
As to the role in the offense, Defendant is not accountable for being an organizer or leader
      as to an enterprise involving five or more participants but is found to be a supervisor.
      Defendant's objection is sustained.
Government orally moves for a one-level downward departure for acceptance of responsibility.
Court orally GRANTS the motion.
Sentence is stated.
Defendant states objection to the amount of loss and enhancement for role in the offense and
      states that the Government has breached the plea agreement as to departure for
      substantial assistance.

Court overrules the objections.
Government requests inclusion of restitution.
Defendant objects.
Court will order that Defendant make restitution in amounts stated in open court.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant will be released on the same terms and conditions imposed by Magistrate Judge on March 8, 2006.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.
Court is in recess.