IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 2:05cr297-WHA |
| | ) |
| JEFFREY SCOTT MOSELEY | ) |

**WITNESS LIST**

GOVERNMENT                                    DEFENDANT

Susan Denise Fulmer
William Barry Gorman
Joyce Renee King