245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | Judgment — Page 2 of 7 |
|---|---|---|
| DEFENDANT: | JEFFREY SCOTT MOSELEY | |
| CASE NUMBER: | 2:05cr297-WHA | |

## IMPRISONMENT

RECEIVED 2007 MAR -8 A 11: 17

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**21 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on   Monday, November 27, 2006  .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**
**MAR 1 3 2007**
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  03-02-2007  to  SCP-Pollock
at  Pollock, LA  , with a certified copy of this judgment.

Fredrick Men.fee, Warden
UNITED STATES MARSHAL

By  E Guillory, UE
DEPUTY UNITED STATES MARSHAL