## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CRIMINAL NO. 2:05CR000297 |
| v. | ) |
| | ) |
| **JEFFREY SCOTT MOSELEY,** | ) |
| | ) |
| **Defendant.** | ) |

### SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

>
> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
>
> /S/ R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Attorney for Plaintiff
> Post Office Box 197
> Montgomery, AL 36101
> Telephone:   (334) 223-7280
> Facsimile:    (334) 223-7201
> E-Mail:  rand.neeley@usdoj.gov

JUDGMENT DATED:   October 11, 2006

DATED:   October 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Jeffrey Moseley, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 22nd day of October, 2007.

Mr. Jeffrey Moseley
1855 Brookstone Drive
Montgomery, AL 36117

/S/ R. Randolph Neeley
ASSISTANT U.S. ATTORNEY